# United States District Court
# Western District of North Carolina
# Divisional Office Division

| | | |
|---|---|---|
| **CHRISTINA H. CLARK,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 3:17-cv-6-FDW |
| | ) | 3:09-cr-44 |
| vs. | ) | |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| Respondent(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 27, 2017 Order.

January 27, 2017

Frank G. Johns, Clerk
United States District Court